```
        IN THE UNITED STATES DISTRICT COURT
      FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KAYLA FULLER, et al.          :        CIVIL ACTION
                              :
          v.                  :
                              :
THE SCHOOL DISTRICT OF        :        NO. 25-2952
PHILADELPHIA                  :
```

ORDER

AND NOW, this 16th day of September 2025, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED that the motion of defendant The School District Philadelphia to dismiss the complaint (Doc. #8) is GRANTED.

BY THE COURT:


/s/   Harvey Bartle III
                                              J.